No. 407. SCALF *v.* BENNETT, WARDEN. C. A. 8th Cir. Certiorari denied. *James R. McManus* for petitioner.

No. 415. PARKER *v.* VIRGINIA. Sup. Ct. App. Va. Certiorari denied. *William H. Colona, Jr.,* for petitioner.

No. 417. GORDON *v.* OHIO. Sup. Ct. Ohio. Certiorari denied. *Abraham Gertner* for petitioner. *Shelby V. Hutchins* for respondent.

No. 422. CALIFORNIA CO., NOW CHEVRON OIL CO., ET AL. *v.* KUCHENIG. C. A. 5th Cir. Certiorari denied. *Lawrence K. Benson* for California Co., and *Jack P. F. Gremillion,* Attorney General of Louisiana, and *John L. Madden* and *Edward M. Carmouche,* Assistant Attorneys General, for Louisiana State Mineral Board, petitioners.

No. 423. POWELL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *William C. Calhoun* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.

No. 425. HUGHES *v.* STANDIDGE. Sup. Ct. La. Certiorari denied. *Floyd J. Reed* for petitioner.

No. 429. BROTHERHOOD OF RAILWAY, AIRLINE & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYES *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY CO. ET AL. C. A. 7th Cir. Certiorari denied. *Edward J. Hickey, Jr., William J. Hickey,* and *William J. Donlon* for petitioner. *S. R. Brittingham, Jr.,* and *C. G. Niebank, Jr.,* for respondents.